# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

IN RE: )
)
KIMBERLY ROBINSON ) BANKRUPTCY NO. 13-24432
)
Debtor(s) )

## AFFIDAVIT AND STATUS REPORT OF TRUSTEE

Paul Chael being duly sworn deposes and says:

1. That he is the duly appointed Chapter 13 Trustee of the above-captioned Debtor's estate and is presently acting as such.

2. That the amount of the total arrearage as to the Debtor's plan regarding payments to be made directly to your trustee pursuant to Debtor's plan as of the __19__ day of __JULY__, 2014 is $__2,271.00__ (and specifically as to creditor _____ in the sum of $_____.

3. That the length of the Plan is __54__ months and __7__ months of the Plan have elapsed.

4. That the regularly scheduled payment to be paid by the Debtor to your Trustee pursuant to said Plan is $__415.00__ per __MONTH__ (and specifically to creditor _____ is $_____ per _____).

5. Said Plan (has) (~~has not~~) been confirmed.

6. That attached hereto, made a part hereof, and marked Exhibit "A" is a true and accurate copy of your Trustee's payment record regarding said Debtor(s) and submitted to the Court relating to the Motion (to Dismiss) (~~for Relief from Stay~~) filed in this case.

I declare under penalty of perjury, pursuant to 28 U.S.C. Sec. 1746, that the foregoing is true and correct.

Executed on this __30__ day of __JULY__, 2014.

_____
Trustee

*FILED JUL 30 2014*